1 Linda M. Lawson (Bar No. 77130)
llawson@mmhllp.com
2 James J. Moak (Bar No. 82393)
jmoak@mmhllp.com
3 Cindy Mekari (Bar No. 272465)
cmekari@mmhllp.com
4 MESERVE, MUMPER & HUGHES LLP
300 South Grand Avenue, 24th Floor
5 Los Angeles, California 90071-3185
Telephone: (213) 620-0300
6 Facsimile: (213) 625-1930

7 Attorneys for Defendant
THE PRUDENTIAL INSURANCE COMPANY
8 OF AMERICA

JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE SAN JOSE, | Case No. CV12-02118 SJO (SPx) |
| Plaintiff, | **ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; JOHNSON & JOHNSON WELFARE BENEFITS PLAN, | |
| Defendants. | |

   Based upon the stipulation of the parties and for good cause shown,

   IT IS HEREBY ORDERED that this action, Case No. CV12-02118 SJO (SPx), is dismissed in its entirety as to all defendants, with prejudice.

//
//
//
//
//

LAW OFFICES
MESERVE, MUMPER & HUGHES LLP

0.0

1

Case No. CV12-02118 SJO (SPx)
ORDER RE STIPULATION FOR DISMISSAL
OF ENTIRE ACTION WITH PREJUDICE

1   IT IS HEREBY FURTHER ORDERED that each party shall bear its own
2   attorneys' fees and costs in this matter.

4   Dated: March _25, 2013   _____  *S. James Otero*
                                        Honorable S. James Otero

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

0.0

2

Case No. CV12-02118 SJO (SPx)
ORDER RE STIPULATION FOR DISMISSAL
OF ENTIRE ACTION WITH PREJUDICE